UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE FREDY BRADY, | 1:03-cv-06815-REC-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 12) |
| vs. | **ORDER DISMISSING ACTION** |
| WARDEN MARSHALL, et al., | |
| Defendants. | |

Plaintiff, Willie Fredy Brady ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 12, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 12, 2005, are ADOPTED IN FULL; and,

2. This action is DISMISSED for plaintiff's failure to obey the court's order of March 25, 2005, and for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated: June 13, 2005**         /s/ Robert E. Coyle
668554                           UNITED STATES DISTRICT JUDGE

2